Jonathan Elliott
11975 Texas Ave #302
Los Angeles, CA 90025
310 460 9241
*621truth@gmail.com*
Plaintiff Pro Se

FILED

CLERK, U.S. DISTRICT COURT

7/1/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ang_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

FEE DUE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOTT, | 2:26-cv-07386-SRM-AJRx |
| Plaintiff, | Case No.: _____ |
| vs. | |
| CHURCH OF SCIENTOLOGY | **COMPLAINT** |
| INTERNATIONAL, | **1. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |
| AND DOES 1–100. | |
| Defendants | |

## INTRODUCTION

1. Plaintiff JONATHAN ELLIOTT ("Elliott")  brings this pro se action arising from alleged interference with his business operations, professional reputation, and emotional well-being in connection with his operation of Evolve Talent Agency and related professional

**COMPLAINT**

1

activities in the entertainment industry as well as interference in his daily life after his career in the entertainment industry was destroyed.

2. Plaintiff alleges that Defendants engaged in a coordinated course of conduct including harassment, interference with business relationships, and conduct causing him severe emotional distress. This includes false flag operations and Psychological Operations that destroyed Plaintiff's business and common knowledge in the entertainment community.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 and/or § 1332. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred within this district.

## PARTIES

4. Plaintiff Jonathan Elliott is a resident of Los Angeles, California and the founder and sole-proprietor of Evolve Talent Agency, what was once a Screen Actor's Guild ("SAG") Franchised Agency licensed with the Department of Labor in California in 1999-2003. His license was never revoked, he simply could not emotionally afford to continue with entertainment work at that time.

5. Defendant Church of Scientology International is an entity purportedly engaged in religious, organizational, and affiliated activities with operations in California and elsewhere. Scientology, by his own admission, is not a religion and should be treated as a commercial

**COMPLAINT**

2

enterprise. "Scientology ... is not a religion." L. Ron Hubbard, *The Creation of Human Ability*, p. 251. See **Exhibit "A".**

6. Plaintiff is currently unaware of the true names and capacities of additional Defendants sued as DOES 1–100, who participated in the alleged conduct.

**BACKGROUND AND COMMON ALLEGATIONS**

7. Evolve Talent Agency began as a sole proprietorship in September of 1999. The Boutique Talent Agency was owned and operated by Plaintiff Jonathan Elliott ("Elliott").

8. Plaintiff Jonathan Elliott was born in Studio City, California and raised in Beverly Hills as part of a show business family. His father Jack Elliott was a famous band leader and orchestrator who conducted the Grammy awards and Emmy awards for decades.

9. Defendant Church of Scientology International was founded by L Ron Hubbard, a prolific science fiction writer who decided to create a Church of Scientology to take power over the Government. "Somebody some day will say 'this is illegal'. By then be sure the orgs say what is legal or not." L. Ron Hubbard, HCOPL 4 January 1966.

In recent years the Church of Scientology International has been accused of sex trafficking (violations of Trafficking Victims Protection Act (TVPA), psychological torture, surveillance, harassment, intimidation and intentional infliction of emotional distress. Hubbard wrote extensively about increasing spiritual freedom and human abilities, and Scientology teaches that its practices can improve individuals and, ultimately, society. Critics, including former members and some scholars, argue that the organization's structure and practices evolved in ways that emphasize organizational authority and control.

**COMPLAINT**

3

10. L. Ron Hubbard's writing addresses businesses as organizations or groups. He does not apply or advance his perspectives towards sole proprietorships or individual effort and believe this is anathema to the Constitution and the individual rights accorded within it's framework.  L. Ron Hubbard's management advice would likely have emphasized documenting systems, delegating responsibilities, and developing an organization that could function independently of its founder, and in that sense he derailed the free enterprise system of small business. For that derailment of individual achievement, his team and their advancements into our Democracy should be decriminalized in Court by and through the awards process.

11. The Case against the Church of Scientology International began as a Sherman Act issue and progressed into issues involving the preservation of American civil rights and the democratic process of political action in our country.  The Sherman Act is the portion of American jurisprudence dedicated to protecting our society from monopoly and conspiracy to restrain trade.

12. The initial charges against the Church of Scientology International involved violations of the Sherman act; the suit contended that scientology had become so determined to pursue credibility through the media of entertainment that over the last half century they had taken control over the entire process of hiring and scheduling in the commercial/television/film and advertising domains.

13. In the course of Plaintiff's legal challenge against Scientology, it was necessary to research the long history of legal battles they have fought.  In fact, Scientology has been sued all over the world by individuals and businesses struggling for their survival against a complex

**COMPLAINT**

4

corporate entity with a nearly endless supply of political and legal clout protecting its people from the consequences of its own turmoil.

14. Ron Miscavige wrote a memoir titled " Ruthless: Scientology, My Son David Miscavige, and Me", published in 2016. In it, he recounts his family's involvement with Scientology, his son's rise to leadership, and his own eventual departure from the organization.

15. Some of the principal claims Ron Miscavige makes about his son include: He describes David as having become increasingly authoritarian and controlling after assuming leadership of the Church of Scientology.  He alleges that David publicly humiliated and verbally berated senior church officials and fostered a climate of fear within the organization's leadership.  He says that after he left Scientology in 2012, he was followed by private investigators whom he believed were working on behalf of the Church of Scientology, International.

16. The book discusses a widely reported allegation that, when investigators thought Ron was suffering a heart attack and asked whether they should intervene, David allegedly replied, "If he dies, he dies." This allegation has been reported by multiple news outlets and is repeated in Ron's memoir.

17. The allegations that David Miscavige physically assaulted senior Scientology executives in conference rooms or board meetings came primarily from former high-ranking Scientology officials who spoke publicly after leaving the organization. Key individuals include: Mike Rinder — Alleged that Miscavige struck him dozens of times and described the assaults as unpredictable.

**COMPLAINT**

5

Marty Rathbun — Said he witnessed numerous assaults and claimed Miscavige ordered him to attack other executives.

Tom De Vocht — Estimated he saw Miscavige strike staff members many times over several years.

Amy Scobee — Reported witnessing multiple alleged assaults on senior executives.

Jeff Hawkins — Alleged that during a conference-room meeting Miscavige jumped onto a table, lunged at him, struck him in the face, and knocked him to the floor. Hawkins said Amy Scobee witnessed the incident.

Debbie Cook — Later testified under oath that she witnessed Miscavige punch and wrestle another senior executive to the ground.

18. David Miscavige exhibited violent or dangerous behavior,  and one priority is an immediate evaluation by qualified medical and mental health professionals to determine the cause and appropriate treatment. Medication, if needed, would be based on that evaluation.

## FIRST CAUSE OF ACTION

### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

19. Plaintiff  Elliott's Evolve Talent Agency was not approved for television, or film and what little money the company made was from its niche in commercials.

20. As a member of The Screen Actors Guild Plaintiff Elliott was visited by nearly a dozen or more members of the Union demanding that he immediately cease and desist his business operations due to the fact that a commercial strike had been called. Plaintiff Elliott argued that state law obligated him to extend an offer of work to anybody represented. The Union response was that Elliott would be put on trial if he proceeded to continue to book Talent

into jobs. Joan Meyer the Director of Agency Relations at the Union opted to resign and retire rather than put Plaintiff Elliott on trial.  Plaintiff Elliot road Scientology and desist of his own. But that was long ago.

21. Plaintiff Elliott alleges that members of the Church of Scientology proselytized in the hallways of his office and demanded that he be stripped of his licenses and right to work. They achieved the ORTC Order to bankrupt Evolve Talent Agency.

22. Proselytizing in public workspaces and offices has been handled very suspiciously by the Court and Plaintiff is in the midst of a long series of inadvertent mistakes that may affect his inheritance.

23. Government violates the Establishment Clause when it places its "imprimatur on a particular religion" or belief system. See *Lee v. Weisman*, 505 U.S. 577 (1992). **What this amounts to is psychological coercion in a socially unavoidable event, that is the agency appointment itself, as the model or actor seeks representation to obtain work in the entertainment field. Psychological coercion supports a claim of intentional affliction of emotional distress. Church of Scientology International psych team were on the scene at Evolve, looking over Plaintiff Elliott's business licenses after being cordially invited in. "How do we get rid of all these" was their polite response to the license, tax and business certificate.**

24. In *Lee v Weissman* the Court emphasized that even subtle governmental association with religious messaging can be unconstitutional because it signals official approval. But that's exactly what happened in the Person Court  where the Honorable Judge Victor H. Person called Plaintiff Elliott "clever" as Plaintiff Elliot tried to explain to the Court that because

**COMPLAINT**

7

of the defamation he faced from the office of O'Brien Rottman Talent Consultants, he was unable to do business to cover the costs of his family residence. The house had to be sold.

25. O'Brien Rottman Talent Consultants was a firm that charged thousands of dollars to young children for photography and training in order to place them with agencies. Plaintiff Elliott had worked as a data entry clerk for the company and watched thousands of young aspiring actors get ripped off. Charging for photography is patently illegal. See California Labor Code Labor Code § 1700.40(b) provides:

"No talent agency may refer an artist to any person, firm, or corporation in which the talent agency has a direct or indirect financial interest for other services to be rendered to the artist, including, but not limited to, photography, audition tapes, demonstration reels, business management, coaching, dramatic school, casting or talent brochures, agency-client directories, or other printing."

26. At Plaintiff Elliott's nearly 1 hour interview with Joan Meyers the Agency Director for the Screen Actors Guild, he was able to win unanimous vote for agency approval among the celebrity Board of the Union.  Agency Director Meyers ("Meyers"), upon reviewing Plaintiff Elliott's resume, made particular note of the fact that Plaintiff Elliott had worked at O'Brien Rottman. She explained that the Union had thousands of complaints against them but because they had retained lawyers many of the small claims cases went unsubstantiated.

27. Meyers asked plaintiff Elliott if he would please go upstairs to the legal department and make a declaration against them, but Plaintiff Elliott explained he was only there to proceed with his own business and didn't want to get involved in the conflict.

**COMPLAINT**

8

28. In order to be approved by the Union, Plaintiff Elliott had to obtain three letters of recommendation from active members of the entertainment industry. Carl Reiner signed one of them and told Elliott "Now nothing is stopping you." The O'Brien/Rottman Talent Consultants ("ORTC") response was "we have to do something to stop him" because ORTC was making millions of dollars charging fees for work Plaintiff Elliott was doing for free.

29. When Plaintiff Elliott filed defamation charges against ORTC the Church of Scientology International sided with ORTC. Elliott had pleaded with the Court in the defamation Case that the loss of business would ultimately cause his family residence would have to be sold and the Church of Scientology International acted upon the Court with malice.

30. Once Plaintiff Elliott realized the Church of Scientology was taking interest in his talent agency, he sued the Church of Scientology International ("CSI") for monopolizing the work schedules of the Entertainment business arguing that CSI restrained trade and tortiously interfered with his business by proselytizing to the community.
against Plaintiff Elliott.

31. The Church of Scientology moved the case from Judge Middlebrook's Court to Magistrate Judge Johnson and saw with the Johnson company who forcibly medicated Plaintiff Elliott until he was diagnosed as disabled with schizophrenia and inflicted with tardive dyskinesia from the administration of antipsychotic medications.
Lifetime prevalence of schizophrenia in the United States is 50 to 60% compared with 5 to 10% in China. The U.S. number is high partly because: once someone ever meets criteria, even briefly, they remain counted forever.

**COMPLAINT**

9

32. Holding to the hope that the Sicilians and Judge Scalia would see on his side in the upper Court, the Church of Scientology International helped advise a blanket indictment of Sicilian families was handed down in operation Old Bridge.

So Elliott sued the Janssen pharmaceutical company that was a subsidiary of the Johnson company.

33. Plaintiff Elliott was tossed out of Court. The Court reasoned that a small notation indicating the tardive dyskinesia onset of symptoms by the original doctor of Plaintiff Elliott tolled the statute of limitations. Plaintiff Elliott argued that the damage were accumulating. The was again lulled into complacency by the Church of Scientology, International. However, in *Davies v. Krasna* (1975) 14 Cal. 3d 502, 121 Cal. Rptr. 705, 535 P.2d 1161, 79 A.L.R.3d 807 the California Supreme Court held that the statute begins when the plaintiff has a "true cause of action," meaning the plaintiff has suffered actual and appreciable harm, not merely when the wrongful act occurred. The Court further stated that uncertainty as to the amount of damages does not delay accrual once appreciable harm exists.

34. The Church of Scientology navigated the scene to direct the Court's attention and sew American business abroad by the vision of a seed, so Plaintiff Elliott sued the Monsanto company as protests internationally mounted against the GMO campaign. As recently as May 2026, Plaintiff Elliott was subject to the continuing interference of the Church of Scientology Internation when once again Scientology stymied and effort to secure venture capital in the marketplace. Then in June 2026 Elliott approached The Appropriations Committee of Congress to " consider establishing a competitive grant or pilot program that would provide funding for eligible small businesses in the entertainment and talent management sector. As part of this

**COMPLAINT**

10

concept, I believe a $50 million appropriation could be used to finance recovery efforts through a transparent, federally administered process with appropriate oversight and accountability."

Again, the Scientology campaign reached into Government and sullied Plaintiff's effort to re-establish business.  The Due Process Clause refers to a provision in the U.S. Constitution that ensures fair treatment through the judicial system and government actions. It appears in two places in the Constitution: 1) Fifth Amendment (Federal Government):

"No person shall be... deprived of life, liberty, or property, without due process of law."

2)  Fourteenth Amendment (State Governments): "No state shall... deprive any person of life, liberty, or property, without due process of law." Jonathan Elliott and the nearly 1200 clients of Evolve Talent Agency would like to return to the business of scheduling work and focusing the attention of Government and it's Government Departments and Agencies on the Film television and modeling schedules required to employ workers in television, film and commercials. Plaintiff Elliott believes due process extends to the rights that should be extended in the Legislative Branch.

35. The Establishment Clause is violated when government action has the purpose or effect of "endorsing religion." Allegheny County v. ACLU, 492 U.S. 573 (1989)

36. While it is generally agreed that religion is protected by First amendment rights, the Court has taken action previously in cases of intentional affliction of emotional distress.  See *Wollersheim v. Church of Scientology of Californ*ia (212 Cal. App. 3d 872, 1989), the California Court of Appeal upheld liability (with modifications) for intentional infliction of emotional distress (IIED) against the Church. The court found substantial evidence that the

**COMPLAINT**

11

Church's practices caused severe emotional harm to former member Larry Wollersheim through coercive and harassing tactics.

37. The court applied neutral tort principles (extreme and outrageous conduct, intent/recklessness, severe distress, and causation) without directly judging core religious doctrine, distinguishing protected religious belief from actionable conduct.

38. The Church of Scientology's Militant Discipline and Just Causes of War While the Church of Scientology's great vigilance is appreciated, in Plaintiff Elliott's business it was not merited. The Plaintiff is asking the Court to comport this federal complaint to comply with *Bell Atlantic Corp. v. Twombly* (550 U.S. 544 (2007)) and Ashcroft v. Iqbal (556 U.S. 662 (2009)), meaning: the Complaint has no conclusory statements only plausible factual allegations with Element-by-element pleading and clear separation of facts vs. legal conclusions.

39. Indeed, Scientologists are an openly hostile organization whose overly combative policies may mean the destruction of small business in America. Scientology's Policies, offered here as evidence are named "Penalties for Lower Conditions", "Battle Tactics" and "Targets:Defense" respectively ("Policies"). See **Exhibits "B" , "C" & "D"** attached herein and incorporated by reference. These Policies are a global nuisance. They have extended into the American business beyond frivolity and humor. They provide chilling evidence that the Church of Scientology's position towards the outside World - their policies offer clear and convincing evidence that the Defendant Church of Scientology International do not hesitate to act with malice, oppression, or fraud. The fact that they have stored all of Hubbard's writings in a vault in New Mexico and engraved his words onto titanium drums for the preservation of his work upon the conclusion of a nuclear apocalypse gives us only a glimpse of the apocalyptic future they

**COMPLAINT**

12

have planned for U.S. The U.S. government should treat Hubbard's Battle Tactics, Fair Game, and Targets Defense as frameworks for potentially unlawful actions rather than as protected religious doctrine. The emphasis should be on monitoring and prosecuting illegal behavior, educating the public and law enforcement, and ensuring existing laws against harassment, fraud, and intimidation are applied consistently.

In *Wollersheim v. Church of Scientology of California*, 212 Cal. App. 3d 872 (Cal. Ct. App. 1989) the Court said: "While courts must be careful not to intrude into religious belief, they are not prohibited from applying neutral principles of law to religiously motivated conduct."

39. Benjamin Franklin's Letter to Richard Price (October 9, 1780) In this correspondence, Franklin remarked, "When a Religion is good, I conceive it will support itself; and when it does not support itself, and God does not take care to support it so that its Professors are obliged to call for help of the Civil Power [government], it is a sign, I apprehend, of its being a bad one."

40. Trying to get some peace from the Scientologists, the Plaintiff arrived in Normandy, France where he was soon falsely charged with public masturbation and thrown into an Asylum for a period of time. Plaintiff does not know if the false charges will currently prevent him from traveling in Western Europe altogether in the future.

41. On June 26, 2026 Plaintiff wrote to Congress for an appropriation of $50 million dollars to recover lost employment in the Entertainment business. See attached "**Exhibit "E."**

COMPLAINT

13

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff JONATHAN ELLIOTT. prays for judgment against Defendant CHURCH OF SCIENTOLOGY INTERNATIONAL, and Does 1 through 100, inclusive, and each of them, as follows:

1.  For a compensatory damage award in excess of $125 million .

2.  For other such relief as the Court deems appropriate.

Respectfully Submitted,

Dated:   July 1, 2026                _____/s/_____

By:  Jonathan Elliott
Plaintiff pro se

**COMPLAINT**

14

PROOF OF SERVICE BY ELECTRONIC MAIL (EMAIL)

I, Gene Underdahl declare:

I am a not a party to this action. My email address is californiaattys@gmail.com  and I am located in Los Angeles, CA. On July 1, 2026, I served the following document(s): COMPLAINT, CIVIL COVER, SUMMONS, NOTICE OF INTERESTED PARTIES on the following party(ies) in this action by electronic mail: Jeanne Morrison Sue Reynolds   SBN #111626 Address: Law Offices of Kendrick L. Moxon, 3500 W Olive Ave Ste 300, Burbank, CA 91505-4647  Phone: 818-827-7104  |  Fax: 818-827-7114 Email: jr@kmoxonlaw.com

On the above date, I transmitted the document(s) via electronic mail to the email address(es) listed above at approximately . The transmission was completed without error, and I did not receive any notice that the email was undeliverable or rejected.

I am a Registered Process Server with the State of California, Los Angeles County No. 2018227663. My office address is 11500 W. Olympic Blvd, Suite 655A, Los Angeles, CA 90064. My telephone is 310-277-6008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2026 at Los Angeles, California

/s/

_____

  Gene Underdahl

**COMPLAINT**

15

# EXHIBIT A

**COMPLAINT**

16

exteriorized improves. SOP-8-C improves this perception. Because the body only perceives what the thetan is perceiving anyway, looking, feeling, hearing of the body is also better with SOP-8-C but this is only incidental.

When a thetan believes too thoroughly he is a body, he is generally unhappy, afraid, doubts his own (and validates the body's) existence and worries about his inabilities. When he is out of the sphere of influence of the body (a very small one) he becomes serene, confident and knowing. He can handle a body better, can act faster, can recall more and do more while exteriorized than he can while in a body.

Society, thirsting for more control of more people substitutes religion for the spirit, the body for the soul, an identity for the individual and science and data for truth. In this direction lies insanity, increasing slavery, less knowingness, greater scarcity and less society.

Scientology has opened the gates to a better World. It is not a psycho-therapy nor a religion. It is a body of knowledge which, when properly used, gives freedom and truth to the individual.

It could be said that Man exists in a partially hypnotized state. He believes on other-determinism in many things, to his detriment, He will be as well as he is self-determined. The processes of Scientology could be described as methods of 'unhypnotizing' men to their own freer choice and better life.

251

**COMPLAINT**

17

# EXHIBIT B



HUBBARD COMMUNICATIONS OFFICE
Saint Hill Manor, East Grinstead, Sussex

Remimeo                  HCO POLICY LETTER OF 18 OCTOBER 1967
Issue IV

## PENALTIES FOR LOWER CONDITIONS
(Applies both Orgs and Sea Org)

LIABILITY - Suspension of Pay and a dirty grey rag on left arm and day and night
confinement to org premises.

TREASON - Suspension of pay and deprivation of all uniforms and insignia, a black
mark on left cheek and confinement on org premises or dismissal from
post and debarment from premises.

DOUBT - Debarment from premises. Not to be employed. Payment of fine amounting
to any sum may have cost org. Not to be trained or processed. Not to be
communicated or argued with.

ENEMY - SP Order. Fair game. May be deprived of property or injured by
any means by any Scientologist without any discipline of the Scientol-
ogist. May be tricked, sued or lied to or destroyed.

LRH:jp
Copyright c 1967
by L. Ron Hubbard                                    L. RON HUBBARD
ALL RIGHTS RESERVED                                      Founder

# EXHIBIT C

COMPLAINT

19

HUBBARD COMMUNICATIONS OFFICE
Saint Hill Manor, East Grinstead, Sussex

CenOCon
Guardians
 Offices
PRO
Intelligence

HCO POLICY LETTER OF 16 FEBRUARY 1969
ISSUE II

Confidential

BATTLE TACTICS

(This is a Defense Paper on material developed after 18 years of ceaseless attack by a foreign enemy. Nothing in this paper advocates physical violence or invites the physical destruction of persons.)

In these days of "cold war" when actual warfare is impossible due to atomic weapons, the warfare is waged in the press and public in form of ideas.

If you uniformly apply the tactics and strategy of battle to the rows we get into, press or legal or public confrontation, you will win.

The enemy uses "groups" and meetings of groups like one would use squads.

If we and they are considered as two hostile and opposing nations at war, then a huge array of tactics and strategy become visible.

One parallels in the field of thought what is used and done is in the field of battle in other ages.

You don't have to know too much about the tactics and strategy of warfare to apply this but it helps.

The end product of war, according to Klansewitz the authority on it, is (condensed) "to bring about a more amenable frame of mind on the part of the enemy".

But there are also wars of attrition. We are engaged in one where total destruction of us has been the enemy's aim for, at this writing, 19 years. This is barbarian warfare, thus the enemy must have had very positive fears and terrors about us. Since he fought for total attrition. In this case it is not safe to hope for any half way win. We must ourselves fight on a basis of total attrition of the enemy. So never get reasonable about him. Just go all the way in and obliterate him.

It is bad warfare to fight battles on your own terrain, in your own subject area. It is not good to fight in the territory of allies. Fight battles wherever possible only on enemy terrain, in and about his subject and his people, not ours. You can gauge your relative success by this. When all your battles are fought on his terrain, you are winning.

A good general expands the maximum of enemy troops and the minimum of his own. He makes the war costly to the enemy, not to himself.

One cuts off enemy communications, funds, connections. He deprives the enemy of political advantages, connections and power. He takes over enemy territory. He raids and harasses. All on a thought plane - press, public opinion, governments, etc.

Seeing it as a battle one can apply battle tactics to thought actions.

Intelligence identifies targets and finds out enemy plans and purposes, enemy connections, dispositions, etc. It is fatal to attack a wrong enemy. But it is good tactics to make the enemy attack wrong targets or persons himself.

Good intelligence pin points who when where what.

Good PRO plans an action and operations fights the battle.

Legal is a slow if often final battle arena. It eventually comes down to legal in the end. If intelligence and PRO have done well, then legal gets an easy win.

You can win a battle even without legal and by PRO alone. You intend to win it without legal wherever possible.

The prize is "public opinion" where press is concerned. The only safe public opinion to head for is they love us and are in a frenzy of hate against the enemy, this means standard wartime propaganda is what one is doing, complete with atrocity, war crimes trials, the lot. Know the mores of your public opinion, what they hate. That's the enemy. What they love. That's you.

You preserve the image or increase it of your own troops and degrade the image of the enemy to beast level.

Always be ready to parley but watch for tricks. Don't give the enemy breathing space.

Capture and use his comm lines. A press magnate on your side is a big win.

You have in one of these publicity wars all the factors of modern wars complete with artillery, cavalry, infantry.

For example at this writing, all fighting has been on our terrain, they knew our generals we didn't know theirs, they had all the press, funds, government control. We are reversing this. We are fighting now on their ground. But we have a long way to go.

We will make it all the way providing we look on this in terms of active battle and not as a "if we are saintly good we will win". The people who win wars have a saintly image but they win the war by clever and forceful use of the rules of tactics, strategy and battle.

Wars are composed of many battles.

Never treat a war like a skirmish. Treat all skirmishes like wars.

The cold war is a war. The West is losing it because it is fighting by other rules than the rules of war. We mustn't lose it.


LRH:bw:ei
Copyright (c) 1969
by L. Ron Hubbard
ALL RIGHTS RESERVED

                                              L. RON HUBBARD
                                                 Founder

# EXHIBIT D

COMPLAINT

20

HUBBARD COMMUNICATIONS OFFICE
Saint Hill Manor, East Grinstead, Sussex

HCO POLICY LETTER OF 16 FEBRUARY 1969
ISSUE IV
REISSUED 24 SEPTEMBER 1987

(Reissued with updated distribution.)

Limited
Distribution:
OSA NW
IMEC
PRs

Confidential

TARGETS, DEFENSE

It is quite obvious that Scientology has to maintain a
defense perimeter. In 19 years of continual attacks it is
obvious that Dianetics then Scientology must have lain across
some concerted plan by another older group to do something
else.

To analyze what the others intended, it is only necessary
to review what Dianetics and Scientology intended to do and
assume the reverse.

Experience has shown that defense is only effective when
one sorties or attacks.

When we did not give a lot of time and energy and funds
to knocking out real enemies, we came close to losing the lot.

The errors we have made have been:

1. Defending only.

2. Defending on Scn ground.

3. Being reasonable and assigning mild motives to the
   enemy.

4. Failing to attack early and hard.

5. Undervaluing the broad social value of Scn.

6. Individuating from other similar organizations.

7. Not learning enemy tactics and using and bettering
   them.

8. Failing to heavily contest for public opinion and
   public media.

9. Failing to identify the enemy early and hit him hard.

A. Our best defense is that we are sincere, that we are
effective and that we commit no crimes.

B. Our next best defense line was being sure the public
knew we were a Church.

C. Our next best was being quick and able and using very
fast comm lines.

We must not repeat the errors of 1 to 9.

And we must reinforce A, B and C.

HCO PL 16.2.69 IV              - 2 -
Reiss. 24.9.87

### TARGETS

The vital targets on which we must invest most of our time
are:

T1.  Depopularizing the enemy to a point of total
     obliteration.

T2.  Taking over the control or allegiance of the heads
     or proprietors of all news media.

T3.  Taking over the control or allegiance of key
     political figures.

T4.  Taking over the control or allegiance of those who
     monitor international finance and shifting them to
     a less precarious finance standard.

T5.  Generally revitalizing the societies in which we are
     operating.

T6.  Winning overwhelming public support.

T7.  Use all other similar groups as allies.

These, of course, are very long-range targets. But it
is what must be done to continue the longevity of our
organizations.

Our only justification for doing these things is that
Scientology is the only game where everyone wins.

The names and connections, at this time, of the bitterly
opposing enemy are:

1.  Psychiatry and psychology (not medicine).

2.  The heads of news media who are also directors of
    psychiatric front groups.

3.  A few key political figures in the fields of "mental
    health" and education.

4.  A decline of monetary stability caused by the current
    planning of bankers who are also directors of
    psychiatric front organizations would make us unable
    to function.

5.  The cold war is being fought on home ground and has
    an apparent target of degrading Western society to
    a point where we are finding it difficult to operate;
    a degraded society can be swallowed up easily by
    any enemy.

6.  The public is somewhat sympathetic already but in a
    democracy trials are by public opinion. To win all
    the way, the bulk of public opinion must be at the
    level of love us - hate the enemy.

7.  Many groups exist with similar aims. They need
    organizing and uniting.

At first glance the targets T1 to T7 are a pretty big
handful. But we have to start somewhere. And we might as
well start in the direction of the total target as per T1 - T7.

HCO PL 16.2.69 IV          - 3 -
Reiss. 24.9.87

Nearly everything we are doing is already tending in that direction T1 - T7.

We have the advantage of new vital technology and a monopoly on it. New technologies are the things which made progress.

We do not have a utopian dream or a planned society. We are trying to survive. Our theory is that if individuals become more honest and less harassed they will be capable of building a better society.

The fact is we would have gone along happily minding our own business. But these fantastic and continuing attacks have pushed us more and more into developing a technology and direction of defense.

We now have a lot of experience. We have been hurt, we have been held back. It has cost us millions. Normal channels of the society have let us down. Therefore we are on our own. Obviously. To our actual and factual view, the West is prostrate and near helpless and the rest of the world is a big slave camp.

If we don't do anything about it we and everyone else are gone.

So we may as well have a go.

If we unite all groups into an interplay, and use all forces extant and channel them, we have a very big chance of winning.

Therefore, from an appreciation of all data to hand and experience, it seems that T1 to T7 must be embarked upon.

These give us a multitude of lesser targets. Anything we do in guardian actions to add up to T1 to T7 is beneficial. Things that don't are a relative waste of time.

If we, doing our jobs, doing no wrong, breaking no laws, are having trouble operating, what about the rest of the West? We're not the only ones in hot water. In fact we are probably in far better shape than many, many other groups and for sure in better shape than other individuals.

So we can and must take the lead.

And we ourselves must develop many leaders.

We may as well start now and push all we are doing in defensive actions into T1 to T7.

                                       **L. RON HUBBARD**
                                       Founder

                                       Adopted as official
                                       Church policy by
                                       CHURCH OF SCIENTOLOGY
                                       INTERNATIONAL

LRH:CSI:jk.ja

# EXHIBIT E

**COMPLAINT**

21

APPROPRIATIONS RECOMMENDATION / FUNDING REQUEST SUBMISSION



June 26, 2026

Jonathan Elliott
11975 Texas Ave. 302
Los Angeles, CA 90025
310 460 9241

To:
The Honorable Members
House Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

Re: Appropriations Recommendation for Federal Funding Consideration – Evolve Talent Agency Recovery and Continuity Initiative ($50,000,000)

Dear Chair and Members of the Committee,

I respectfully submit this request for consideration within the federal appropriations process for an allocation of $50,000,000 to support the stabilization, recovery, and operational reconstitution of Evolve Talent Agency.

This request is presented as a policy and funding recommendation for Congressional evaluation, and not as an entitlement or automatic payment. Any funding would necessarily be subject to statutory authorization, committee review, and applicable federal appropriations procedures.

**I. Purpose of Requested Funding**

The requested $50 million appropriation would be directed toward the establishment of an Evolve Talent Agency Recovery and Continuity Initiative, intended to address severe operational disruption, financial destabilization, and long-term structural harm affecting the viability of the organization.

The proposed funding would support:

Restoration of core operational infrastructure

Rebuilding of talent management and representation systems

Legal, administrative, and compliance stabilization efforts

Re-engagement with industry partners and contractual restoration

Development of a sustainable long-term governance and financial model

**II. Policy Justification**

This request is grounded in broader public policy concerns regarding the recovery of small and mid-sized creative industry enterprises following catastrophic or multi-factor disruption events.

The entertainment and talent management sector plays a significant role in U.S. cultural exports, employment, and creative industry GDP contributions. When such entities experience severe disruption, recovery mechanisms are often fragmented across private insurance, civil litigation, and market-based recovery tools that may not adequately address systemic loss.

This proposal therefore raises the following policy considerations:

Whether targeted federal recovery mechanisms should exist for culturally and economically significant small enterprises experiencing extraordinary disruption.

Whether current civil remedies adequately support restoration of viable creative industry organizations.

Whether structured federal support could preserve jobs, contractual networks, and industry continuity in cases of exceptional hardship.

**III. Proposed Oversight and Accountability**

Should Congress consider this request further, it is recommended that any funding be administered with strict oversight, including:

Independent financial auditing requirements

Performance-based disbursement milestones

Transparency reporting to the Appropriations Committees

Defined scope limitations to ensure funds are used solely for recovery and continuity purposes

*IV. Conclusion*

I respectfully request that the House Committee on Appropriations review this proposal as part of its broader consideration of economic recovery mechanisms and targeted industry stabilization programs.

The requested $50,000,000 appropriation is submitted as a structured policy proposal intended to preserve enterprise continuity, mitigate long-term economic loss, and restore operational viability within the creative talent sector.

Thank you for your consideration of this request and for your service in overseeing the responsible allocation of federal resources.

Respectfully submitted,


Jonathan Elliott