NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jonathan Elliott
11975 Texas Ave #302
Los Angeles, CA 90025
621truth@gmail.com
310-460-9241

CLEAR FORM

> FILED
> CLERK, U.S. DISTRICT COURT
> 7/1/2026
> CENTRAL DISTRICT OF CALIFORNIA
> BY ___ang___ DEPUTY
> DOCUMENT SUBMITTED THROUGH THE
> ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ATTORNEY(S) FOR: Plaintiff Pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jonathan Elliott | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-07386-SRM-AJRx |
| v. | |
| Church of Scientology International, Does 1-100 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Jonathan Elliott _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

July 01, 2026

Date

Signature _[signature]_

Attorney of record for (or name of party appearing in pro per):

Jonathan ELliott Plaintiff Pro se

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES