

FILED

CLERK, U.S. DISTRICT COURT

7/18/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

PROOF OF SERVICE BY ELECTRONIC MAIL (EMAIL)

I, Jonathan Elliott declare:

2:26-cv-07386-SRM-AJR(x)

I am a party to this action. My email address is californiaattys@gmail.com and I am located in Los Angeles, CA. On July 18, 2026, I served the following document(s):

NOTICE TO COUNSEL RE: CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

on the following party(ies) in this action by electronic mail: Jeanne Morrison Sue Reynolds SBN #111626 Address: Law Offices of Kendrick L. Moxon, 3500 W Olive Ave Ste 300, Burbank, CA 91505-4647 Phone: 818-827-7104 | Fax: 818-827-7114

Email: jr@kmoxonlaw.com

On the above date, I transmitted the document(s) via electronic mail to the email address(es) listed above at approximately . The transmission was completed without error, and I did not receive any notice that the email was undeliverable or rejected.

My office address is 11500 W. Olympic Blvd, Suite 655A, Los Angeles, CA 90064. My telephone is 310-277-6008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 18, 2026 at Los Angeles, California

/s/

Jonathan Elliott