Jonathan Elliott
11975 Texas Ave #302
Los Angeles, CA 90025
310 460 9241
*621truth@gmail.com*

FILED

CLERK, U.S. DISTRICT COURT

7/20/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Elliott, | Case # 2:26-cv-07386-SRM-AJRx |
| Plaintiff | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| V. | |
| Church of Scientology International, | |
| and DOES 1–100. | |
| Defendants | |

Plaintiff Jonathan Elliott, appearing pro se, hereby gives notice of the voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no defendant has served an answer or a motion for summary judgment. Accordingly, Plaintiff is entitled to voluntarily dismiss this action without a court order.

This dismissal is without prejudice.

Dated:July 20, 2026

Respectfully submitted,

Jonathan Elliott

Plaintiff, Pro Se

PROOF OF SERVICE BY ELECTRONIC MAIL (EMAIL)

I, Jonathan Elliott declare:

I am a party to this action. My email address is 621truth@gmail.com, and I am located in Los Angeles, CA. On July 20, 2026, I served the following document(s): **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** on the following party(ies) in this action by electronic mail: Jeanne Morrison Sue Reynolds   SBN #111626 Address: Law Offices of Kendrick L. Moxon, 3500 W Olive Ave Ste 300, Burbank, CA 91505-4647  Phone: 818-827-7104 │ Fax: 818-827-7114

Email: jr@kmoxonlaw.com

On the above date, I transmitted the document(s) via electronic mail to the email address(es) listed above at approximately . The transmission was completed without error, and I did not receive any notice that the email was undeliverable or rejected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2026_ at Los Angeles, California

/s/

Jonathan Elliott



