# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN ELLIOTT

Plaintiff(s),

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, et al.

Defendant(s).

CASE NUMBER:

2:26–cv–07386–SRM–AJR

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/29/2026

Document No.:   11

Title of Document:   First Amended Complaint

**ERROR(S) WITH DOCUMENT:**

Case closed on Filing of a Notice of Voluntary Dismissal on 7/20/26

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  July 30, 2026           By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS